JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. A., an Individual, | Case No. 5:23-00491 MRA (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges that the decision of the Commissioner of Social Security is reversed and remanded for further proceedings.

DATED: April 21, 2024

_____
THE HONORABLE MÓNICA RAMÍREZ ALMADANI
United States District Judge